IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN H. PAGE )
)
Plaintiff )
)
)
v. )
) Case No.
DONALD J. TRUMP )
)
CHIEF JUSTICE ROBERTS
in both his personal and
professional capacity et al

Case: 1:25-cv-00018 JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 1/3/2025
Description: Pro Se Gen. Civ. (F-DECK)

JOINT CONGRESSIONAL
COMMITTEE ON
INAUGURAL CERMONIES
in the person of Chairwoman
Rep. A. Klobuchar

Defendants

**RECEIVED**

JAN - 3 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**COMPLAINT**

### I. SATUTE AND FACTS AS TO DEFENDANT 1

1. The main purpose of this lawsuit is to prevent a crime under *18 USC §2383*:

    "Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States."

2. Donald J. Trump ("Defendant 1") was found to have engaged in insurrection under the United States Constitution by the Supreme Court of Colorado in *Case 23SA300 Anderson v. Griswold* after a 5 day trial and appeal (emphasis added):

    "President Trump did not merely incite the insurrection.. Even when the siege on the Capitol was fully underway, he continued to support it by repeatedly demanding

1

       that Vice President (Mike) Pence refuse to perform his constitutional duty and by calling Senators to persuade them to stop the counting of electoral votes. **These actions constituted overt, voluntary, and direct participation in the insurrection.**" "We conclude that the foregoing evidence, the great bulk of which was undisputed at trial, established that President Trump **engaged in insurrection..**"

3. The Plaintiff is not trying to change any election results; his purpose is to ensure this court enforces Defendant 1's disqualification required by the United States Code. With Defendant 1 disqualified from the Office of President of the United States, J.D. Vance, subject to swearing in as Vice President of the United States, would become President of the United States under *Amendment XXV*. It is noted that the Vice President is normally sworn in first so no special court action would be needed to implement *Amendment XXV*.

4. Plaintiff brings this suit a priori to prevent an unlawful Presidential inauguration after which Defendant 1 will try and claim he is immune from prosecution. However, because the inauguration itself is unlawful and disqualified Defendant 1 will only have attempted to steal the office of President, he has no immunity.

5. **Full faith and credit.** The above Colorado insurrection verdict against Defendant 1 in *Anderson v. Griswold* is law in this court. A copy of said verdict, sealed by the Clerk of the Colorado Supreme Court, was physically filed with the clerk of this court in *Case No. 1:24-cv-00670* (Document 15-1 Filed 05/20/24) under *U.S. Const. Art. IV § 1* and *28 U.S.C. § 1738* thereby providing full faith and credit to that verdict. As a result, unless Defendant 1 is permitted a second appeal of that case and succeeds, the finding of Defendant 1's engaging in insurrection is res judicata and he will remain prevented from being sworn in to any Federal office by *18 USC §2383*.

6. **U.S. Supreme Court Appeal.** Defendant 1 appealed the Colorado Supreme Court decision in *Anderson v. Griswold* to the United States Supreme Court in *Trump v. Anderson 601 U. S.*

____ (2024) which, regarding the removal of Defendant 1 from the Presidential ballot in Colorado, found that:

> "Because the Constitution makes Congress, rather than the States, responsible for enforcing [Amendment XIV] Section 3 against federal officeholders and candidates, we reverse."

While the U.S. Supreme Court reversed *Anderson v. Griswold* with regard to Colorado's enforcement order, it did not vacate or set aside facts and findings that Defendant 1 engaged in insurrection. Furthermore, the U.S. Supreme Court opinion in *Trump v. Anderson* stated that enforcement is provided for in the Criminal Code:

> "A successor to those provisions remains on the books today. See *18 U. S. C. §2383*."

7. On information and belief, Defendant 1, together with running mate J.D. Vance, won the 2024 election for President of the United States and the results of that election are to be counted by Congress on or about January 6, 2025.

8. Defendant 1 has taken many substantial steps and detailed preparations to take the office of the President of the United States, which are also crimes. These substantial steps and detailed preparations include his election campaign, planned executive orders, nomination of cabinet members and policies as widely reported in the press[1][2][3]. Hence, Defendant 1 cannot reasonably dispute that he has taken substantial steps toward committing a crime under *18 USC §2383*.

---

[1] https://www.nytimes.com/interactive/2024/us/politics/trump-administration-cabinet-appointees.html "President-elect Donald J. Trump has quickly chosen many of the figures he wants to serve in his cabinet and in other senior positions during his second term."

[2] https://www.reuters.com/business/autos-transportation/trump-transition-team-plans-sweeping-rollback-biden-ev-emissions-policies-2024-12-16/ "Incoming U.S. President Donald Trump's transition team is recommending sweeping changes to cut off support for electric vehicles and charging stations"

[3] https://www.nytimes.com/2024/12/31/climate/trump-greenland-panama-canal-climate-change.html "Trump Wants Greenland and the Panama Canal."

9. Conclusion: Plaintiff's argument follows precisely the facts and opinions of the courts as to Defendant 1's inchoate crime under *18 USC §2383* and those facts and opinions are binding on this Court.

## II. SATUTES AND FACTS AS TO DEFENDANTS 2 & 3

10. Defendant 2 is "CHIEF JUSTICE ROBERTS in both his personal and professional capacity et al". The Chief Justice is the person and office that most often swears in a new President. Plaintiff has no knowledge that this will be so in 2025 so adds "et al" for inclusion any would-be swearer-in when known.

11. Defendant 3 is the "JOINT CONGRESSIONAL COMMITTEE ON INAUGURAL CERMONIES in the person of Chairwoman Rep. A. Klobuchar". Rep. Klobuchar heads up that committee and is responsible to Congress, which itself exclusively legislates under *art I, § 8 cl. 17* for all acts of the United States government in the District of Columbia for all matters whatsoever. On May 6, 2024, Congress authorized the Joint Congressional Committee on Inaugural Ceremonies ("JCCIC") for the 2025 Inauguration (S.Con.Res. 34). Thus, the Chairwoman of that committee, Rep. A. Klobuchar is named here as the person responsible for the substantial steps taken to swear in the incoming executive. Clearly, Congress did not authorize inaugurating an insurrectionist barred from office under *18 USC §2383*.

12. **Knowing Participation.** Neither Defendant 2 nor Defendant 3 stands accused here of yet committing a crime, since no crime under *18 USC §2383* has yet taken place. Clearly, though, their expected inauguration roles would make them participants in an inchoate crime, and knowing ones given the service of this Complaint upon them if they go ahead and support the inauguration of Defendant 1.

13. Defendants 2 and 3, or whoever fulfils those formal and organizational roles, can be held responsible under *18 USC §2* (the Principals statute):

    > "(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.
    > (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal."

    makes anyone swearing in or taking substantial steps to swear in or organize the swearing in of Defendant 1 to Federal office including under *art I § 1 cl. 8* guilty of aiding and abetting[4].

14. Indeed, swearing Defendant 1 into office while disqualified or assisting him thereafter is prohibited by a range of criminal statutes not limited to the Principals statute *18 USC §2*. Defendant 2 is prohibited from swearing in Defendant 1 or any disqualified insurrectionist as President of the United States and clearly this applies to him both personally and in his professional capacity as Chief Justice of the United States, which most often is the person who swears in a new President. See *Chandler v. Jud. Council of Tenth Circuit of U.S.*, 398 U.S. 74, 140 (1970) - Federal judiciary is entitled, like other people, to the full freedom of the First Amendment but if they break a law, they can be prosecuted.

    Furthermore, *18 USC §2* applies to **any** person attempting to swear in Defendant 1 while disqualified, not just the Chief Justice of the U.S. Supreme Court.

### III. SECONDARY PURPOSE

15. The secondary purpose of this lawsuit is to cater for the eventuality that Defendant 1 does undergo a swearing in ceremony but this Court is not able to act expediently. Plaintiff maintains that no person can keep the proceeds of a crime (e.g. the powers of the Presidency)

---

[4] *Rosemond v. United States* 572 U.S. 65 (2014) if a person knows the criminal intent they also are guilty.

which is public property, subject to forfeiture, and protected by statute including but not limited to *18 U.S.C. § 641* and no Defendant has any right to immunity from prosecution because any such immunity itself is stolen.

16. In such an eventuality, appropriate relief if for the court to declare that the swearing in is null and void and the insurrectionist Defendant 1 is not President and the normal rules of succession apply.

## IV. PLAINTIFF

17. Plaintiff is a resident of the District of Columbia for over 20 years and a federal income tax payer entitled to due process

## V. ARGUMENT

18. The District of Columbia is the seat of the United States Government and is not a state, see *Hepburn & Dundas v. Ellzey*, 6 U.S. 2 Cranch 445 445 (1805), and the Department of Justice, therefore, does not suffer the same jurisdictional enforcement disability as the State of Colorado.

19. Because the United States Government may bring the charge, rather than an individual person bringing a private cause of action, petitions for injunctive relief need not show irreparable harm or a balance of harms; all that needs be demonstrated is the likelihood of a statutory violation from Defendant's behavior.

20. Guilt of an attempt to commit crime is the result if Defendant 1 (a) intends to commit the crime and (b) takes steps towards committing the crime that (i) go beyond merely preparing to commit the crime and (ii) include acts aimed at consummating the crime. All of these criteria are met given the facts presented in ¶ 8 and the footnotes thereto.

21. As a matter of record regarding prior communications with the parties and their attorneys hereto, Plaintiff emailed the United States Attorney on Thursday October 3rd 2024 informing her:

> "..I'm claiming the immunity issue was disposed of in the related Colorado Supreme Court Judgment in Case 23SA300 Anderson v. Griswold (to the extent not reversed in Trump's subsequent appeal to the U.S. Supreme Court) which is now res judicata"

## VI. SPECIFICITY

22. In addition to the above referenced statutes *18 U. S. C. §2383*, *18 USC §2* and, by reference in *Anderson v. Griswold*, *U.S. Const Amendment XIV § 3*, Plaintiff draws attention to inchoate breaches of:

    a. *18 U.S.C. § 241*, also known as the Conspiracy Against Rights. Section 241 makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States or because of his or her having exercised such a right. *18 U.S.C. § 241* protects the Plaintiff's right to a government that complies with the U.S. Constitution.

    b. *18 U.S.C. § 242* Deprivation of Rights Under Color of Law. This statute protects Plaintiff from abuse by any government actor, including Defendant 1, who uses their position or assumed position.

    c. 18 U.S. Code § 912 - Officer or employee of the United States, which may be applied to Defendant 1 if he asserts that he is President but, in fact, he is disqualified and therefore impersonating same, see *United States v. Barnow*, 239 U.S. 74 (1915): "It is within the power of the United States to prohibit the false personation of its officers or the false assumption of being an officer of the United States"

  d. 18 U.S. Code § 4 - Misprision of felony. This misdemeanor particularly applies to members of the judiciary whose position requires that they act upon knowledge of a crime.

## VII.    REQUESTED RELIEF

23. **Context.** The Department of Justice reports to the President and only the Department of Justice can prosecute a crime. Defendant 1's history, including his multiple felonies, indicate he will use any and all means to try and grab and hold onto power even if that power has been obtained by criminal means. He also has a history of persuading others to lie and commit crimes that aid his cause, for example Rudy Giuliani's disbarment in which he admitted making numerous and repeated false and dishonest claims about the 2020 Presidential elections and the prosecution of Michael Cohen for 8 crimes including multiple Campaign Finance Violations connected to Defendant 1's campaign.

24. This Court's powers include *28 U.S. Code § 1361*, which gives federal district courts "original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." In this case, that duty is to not swear in to Federal office a disqualified person. They also include The All Writs Act (*28 U.S. Code § 1651*) gave the "Supreme Court and all courts established by Act of Congress" the authority to issue writs of mandamus "in aid of their respective jurisdictions and agreeable to the usages and principles of law."

25. Given this context this Court is asked to provide any and all possible relief and to consider:

  a. promptly issuing an order that unless or until Defendant 1's disqualification is removed, no person may swear in or otherwise enable Defendant 1 to become a Federal officer under penalty of *18 USC §2383*.

    b. promptly issuing an order to make clear that any person performing or enabling Defendant 1's swearing in would be voluntarily aiding and abetting and liable for the same *18 USC §2383* crime with no possibility of immunity and such other relief that may be sought for violation of Plaintiff's rights.

    c. if this Court is unable to provide relief prior to an inauguration ceremony, the Court issuing an order that to the extent the inauguration of Defendant 1 was unlawful he has no immunity from prosecution and that available relief includes the appointment of an independent special prosecutor under *28 CFR § 600.1*.

26. Plaintiff further asks that this Court provide other alternative or further relief as it sees fit.

27. Plaintiff requests that if this Court is unable to provide relief and a decision on the merits is appropriate that a Trial by Jury be held.

### VIII.   SUMMARY

28. Defendant 1 has been found to have "engaged in insurrection" by a court of law with no appeal pending. As a result, he is now disqualified from Federal office and Plaintiff relies on this Court to enforce that disqualification and prevent a crime under *18 USC §2383*.

January 3, 2025

Respectfully submitted,

John H. Page

1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

CERTIFICATE OF SERVICE:

I hereby certify that on January 3, 2025 a true copy of the foregoing was served by hand upon the court and the following by first class mail, postage prepaid:

Donald J. Trump
Mar-a-Lago, 1100 South Ocean Boulevard, Palm Beach, Palm Beach County, FL 33480

Chief Justice Roberts
United States Supreme Court, One First Street NE, Washington, DC 20543

JOINT CONGRESSIONAL COMMITTEE ON INAUGURAL CERMONIES in the person of Chairwoman Rep. A. Klobuchar, S – 407, United States Capitol, Washington, DC 20510

Merrick B. Garland
U.S. Attorney General, 950 Pennsylvania Avenue, NW Washington, DC 20530

Matthew M. Graves
United States Attorney for The District of Columbia, 601 D Street, NW Washington, DC 20579

_/s/ John H. Page_
John H. Page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN H. PAGE )
)
Plaintiff )
)
v. )
)  Case No. 1:25-cv-00018
DONALD J. TRUMP )
)
CHIEF JUSTICE ROBERTS )
in both his personal and )
professional capacity et al )

JOINT CONGRESSIONAL
COMMITTEE ON
INAUGURAL CERMONIES
in the person of Chairwoman
Rep. A. Klobuchar

Defendants

Motion for CM/ECF User Name and Password

Plaintiff submits this motion requesting permission to make filings using PACER and affirms he has:

a) regular access to the Internet

b) the capacity to file documents and receive filings electronically on a regular basis

c) has successfully completed the entire Clerk's Office on-line tutorial

January 3, 2025
Respectfully submitted,

John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com

**RECEIVED**
JAN - 3 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1