# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE:

I hereby certify that on January 22, 2025 a true copy of the foregoing was served electronically upon the court and the following by first class mail, postage prepaid:

Donald J. Trump
1600 Pennsylvania Ave NW, Washington DC 20500

Chief Justice Roberts
United States Supreme Court, One First Street NE, Washington, DC 20543

JOINT CONGRESSIONAL COMMITTEE ON INAUGURAL CERMONIES in the person of Chairwoman Rep. A. Klobuchar, S – 407, United States Capitol, Washington, DC 20510

Merrick B. Garland
U.S. Attorney General, 950 Pennsylvania Avenue, NW Washington, DC 20530

Matthew M. Graves
United States Attorney for The District of Columbia, 601 D Street, NW Washington, DC 20579

/s/ John H. Page
John H. Page